UNITED STATES, as Owner of the American Steamship ISSAQUEENA, Libelant-Appellant, v. Christian LILLELUND and Christian Guldager, Respondents, and National Surety Company, Respondent-Appellee.

Circuit Court of Appeals, Second Circuit.
March 19, 1928.

No. 218.

Appeal from the District Court of the United States for the Southern District of New York.

Charles H. Tuttle, U. S. Atty., of New York City (H. F. Birnbaum, Sp. Asst. U. S. Atty., of New York City, of counsel), for the United States.

Burlingham, Veeder, Masten & Fearey, of New York City (John L. Galey, of New York City, of counsel), for appellee National Surety Co.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed.

___

2

UNITED STATES, Libelant-Appellant, v. Steam Tugs N. B. STARBUCK, WHITE ASH, FRED B. DALZELL, JR., E. S. ATWOOD, and W. F. DALZELL, Their Engines, etc.; W. Freeland Dalzell, Claimant-Appellee; Fred B. Dalzell & Co., Inc., Respondent-Appellee.

Circuit Court of Appeals, Second Circuit.
March 19, 1928.

No. 82.

Appeal from the District Court of the United States for the Southern District of New York.

Charles H. Tuttle, U. S. Atty., of New York City (Horace M. Gray, Sp. Asst. U. S. Atty., of New York City, of counsel), for the United States.

Burlingham, Veeder, Masten & Fearey, of New York City (Chauncey I. Clark and Frederic Conger, both of New York City, of counsel), for appellees.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

___

3

UNITED STATES ex rel. Abed AHMED, Relator-Appellant, v. B. M. DAY, as Commissioner, etc., Respondent-Appellee.

Circuit Court of Appeals, Second Circuit.
March 12, 1928.

No. 286.

Appeal from the District Court of the United States for the Eastern District of New York.

John M. Lyons, of New York City, for appellant.

William A. De Groot, U. S. Atty., of Brooklyn, N. Y. (H. H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.

___

4

UNITED STATES ex rel. George CONDOURAS, Relator-Appellant, v. Benjamin M. DAY, as Commissioner, etc., Respondent-Appellee.

Circuit Court of Appeals, Second Circuit.
March 9, 1928.

No. 266.

Appeal from the District Court of the United States for the Southern District of New York.

Leopold Klinger, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Frank Chambers, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM. Order affirmed in open court.